IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF D.C.

| | |
|---|---|
| **PATRICK EDDINGTON**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 17-cv-00128 (TNM) |
| **OFFICE OF INSPECTOR GENERAL DEPARTMENT OF DEFENSE**, | ) ) ) ) |
| Defendant. | ) ) |

## PARTIES' JOINT MOTION TO POSTPONE TRIAL

Plaintiff and Defendant have been in communication about the upcoming trial and specifically have discussed concerns surrounding the COVID-19 pandemic. A number of the individuals involved in this case, including all of Plaintiff's witnesses, are in high risk categories for COVID-19. While the option of conducting the hearing electronically (such as via Zoom) was discussed, the Court and the parties previously expressed a preference for in person proceedings. Further, Defendant has serious security concerns about conducting any portion of the hearing electronically given the classified information involved in this case, and would object to a trial using non-secure, remote procedures. Plaintiff also prefers an in-person hearing rather than electronic. Even if court functions were open to public trials in October, there is little likelihood of a vaccine before that time. Plaintiff's counsel and some of the witnesses are also located outside of Washington D.C. and will need to travel to attend the trial. In order to minimize the dangers of the pandemic—in particular, the risks that in-person proceedings would pose to Plaintiff's high-

risk witnesses—the parties jointly move to postpone the trial until spring/summer 2021 when experts believe a vaccine may be ready and the pandemic under better control.[1]

          RESPECTFULLY SUBMITTED,

          */s/ Joshua Hart Burday*

          Attorneys for Plaintiff
          PATRICK EDDINGTON

          Matthew Topic, Bar No. IL0037
          Joshua Burday, Bar No. IL0042
          LOEVY & LOEVY
          311 N. Aberdeen, Third Floor
          Chicago, IL 60607
          (312) 243-5900
          foia@loevy.com

          ETHAN P. DAVIS
          Acting Assistant Attorney General

          ELIZABETH J. SHAPIRO
          Deputy Director

          JOSHUA E. GARDNER
          Special Counsel

          */s/ Antonia Konkoly*
          Antonia Konkoly
          Trial Attorney
          U.S. Department of Justice
          Civil Division, Federal Programs Branch
          1100 L St. NW, Room 11110

---

[1] American Medical Association, Dr. Fauci: 2021 may see up to 300 million doses of COVID-19 vaccine, *available at* https://www.ama-assn.org/delivering-care/public-health/dr-fauci-2021-may-see-300-million-doses-covid-19-vaccine.

Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

*Counsel for Defendant*