### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF D.C.

| | |
|---|---|
| **PATRICK EDDINGTON**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 17-cv-00128 (TNM) |
| | ) |
| **OFFICE OF INSPECTOR GENERAL** | ) |
| **DEPARTMENT OF DEFENSE**, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPUTLATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Patrick Eddington and Defendant Department of Defense, Office of Inspector General ("DoD-OIG"), by and through their below-signed counsel, hereby stipulate to the dismissal of Plaintiff's substantive claim under the Freedom of Information Act ("FOIA") in this action. This stipulation shall have no effect on Plaintiff's ability to seek an award of attorney's fees and other litigation costs.

Dated: August 28, 2020

                                                                         RESPECTFULLY SUBMITTED,

                                                                         */s/ Joshua Hart Burday*
                                                                           _____

                                                                           Attorneys for Plaintiff
                                                                           PATRICK EDDINGTON

                                                                           Matthew Topic, Bar No. IL0037
                                                                           Joshua Burday, Bar No. IL0042
                                                                           LOEVY & LOEVY
                                                                           311 N. Aberdeen, Third Floor
                                                                           Chicago, IL 60607
                                                                           (312) 243-5900
                                                                           foia@loevy.com

        ETHAN P. DAVIS
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

JOSHUA E. GARDNER
Special Counsel

  /s/ *Antonia Konkoly*
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

*Counsel for Defendant*