# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF D.C.

| | |
|---|---|
| **PATRICK EDDINGTON**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 17-cv-00128 (TNM) |
| | ) |
| **OFFICE OF INSPECTOR GENERAL** | ) |
| **DEPARTMENT OF DEFENSE**, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPUTLATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Patrick Eddington and Defendant Department of Defense, Office of Inspector General ("DoD-OIG"), by and through their below-signed counsel, hereby stipulate to the dismissal with prejudice of any claim held by Plaintiff's to an award of attorney's fees, costs, and/or other litigation expenses in this action.

Dated: October 7, 2020

RESPECTFULLY SUBMITTED,

*/s/ Joshua Hart Burday*
_____

Attorneys for Plaintiff
PATRICK EDDINGTON

Matthew Topic, Bar No. IL0037
Joshua Burday, Bar No. IL0042
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900

foia@loevy.com

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

JOSHUA E. GARDNER
Special Counsel

  /s/ *Antonia Konkoly*
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

*Counsel for Defendant*